■ In the Matter of SRI C. COLLINS, Appellant, v RAUL RUSSI, as Chairman of New York State Board of Parole, et al., Respondents. [612 NYS2d 979] —Motion to withdraw as assigned counsel denied as unnecessary. Respondents' request to dismiss appeal as moot granted. Memorandum: This appeal has been rendered moot by appellant's unconditional release. This appeal is not an exception to the mootness doctrine; it does not present an issue that would otherwise escape judicial

review (see, Matter of Smith v Newberry, 154 AD2d 941, lv denied 75 NY2d 705). Present—Pine, J. P., Balio, Lawton, Davis and Boehm, JJ.